UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK S. CAMMARATA, DBA Cammarata Associates, as successor to MHP II Corporation,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>KELLY CAPITAL, LLC; et al.,<br><br>Defendants-Appellees. | No. 18-56320<br><br>D.C. No.<br>3:17-cv-00346-BEN-AGS<br>Southern District of California, San Diego<br><br>ORDER |

Before: BERZON, R. NELSON, and LEE, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and the petition for rehearing en banc are DENIED.